UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bonnie Elswick<br><br>    Plaintiff,<br><br>v.<br><br>GC Services, LP<br><br>    Defendant. | Case No.<br><br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, THE TELEPHONE CONSUMER PROTECTION ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

### PARTIES

1. Plaintiff, Bonnie Elswick, ("Bonnie"), is a natural person who resided in Richlands, Virginia, at all times relevant to this action.

2. Defendant, GC Services, LP, ("GCS") is a Delaware Limited Partnership that maintained its principal place of business in Houston, Texas, at all times relevant to this action.

### JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over Plaintiff's TCPA claims because they share a common nucleus of operative fact with Plaintiff's claims under the FDCPA.

5. Pursuant to 28 U.S.C. §1391(b), venue is proper because Defendant maintains an office in this judicial district and collects debts throughout the Northern District of Illinois.

**STATEMENT OF FACTS**

6. At all times relevant to this action, GCS collected consumer debts.

7. Before GCS began contacting Bonnie, it and Bonnie had no prior business relationship and Bonnie had never provided express consent to GCS to be contacted on her cellular telephone.

8. GCS regularly uses instrumentalities of interstate commerce and the mails to collect consumer debts owed or due or asserted to be owed or due another.

9. The principal source of GCS's revenue is debt collection.

10. GCS is a "debt collector" as defined by 15 U.S.C. §1692a(6).

11. As described, *infra*, GCS contacted Bonnie to collect a debt that was incurred primarily for personal, family, or household purposes.

12. This alleged obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

13. Bonnie is a "consumer" as defined by 15 U.S.C. §1692a(3).

14. On several occasions, the dates of which will be discovered through discovery, GCS willingly and knowingly used an automatic telephone dialing system to call Bonnie on her cellular phone multiple times in violation of the TCPA.

15. Around March 2013, GCS contacted Bonnie on her cellular phone in connection with the collection of a debt.

16. During this communication, GCS attempted to collect $398, when in fact the amount of the debt was $98.

17. GCS attempted to collect more than the amount owed.

18. During this communication, Bonnie requested GCS cease further calls to her cellular phone.

19. Despite this request, GCS called Bonnie on her cellular phone on numerous occasions.

20. During each communication, Bonnie again requested GCS cease further calls to her cellular phone.

21. The continuous calls from GCS were extremely distressing to Bonnie giving her no choice but to change her cellular phone number, hoping this would stop the harassing calls from GCS.

22. Bonnie changed her cellular phone number on July 2, 2013.

23. Despite Bonnie repeatedly requesting GCS cease further calls to her cellular phone and despite Bonnie changing her cellular phone number, GCS continued to call Bonnie on her cellular phone, most recently on July 20, 2013.

24. GCS caused Bonnie severe emotional distress.

25. GCS attempted to collect a debt from Bonnie.

26. GCS violated the FDCPA.

27. GCS violated the TCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

28. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

29. Defendant violated 15 U.S.C. §1692c(a)(1) by calling Plaintiff at a time or place known to be inconvenient for Plaintiff.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

30. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

31. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

32. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

33. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations or means in connection with the collection of the debt.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

34. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

35. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect the debt.

## COUNT FIVE

### Violations of the Telephone Consumer Protection Act

36. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

37. Defendant willingly and knowingly violated 47 U.S.C. § 227(b)(1)(A) on multiple and separate occasions by each time calling Plaintiff's cellular telephone using both an automatic telephone dialing system without Plaintiff's prior express consent.

## JURY DEMAND

38. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

39. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b. An order enjoining Defendant from placing further telephone calls to Plaintiff's cellular telephone number pursuant to 47 U.S.C. § 227(b)(3).

c. Judgment against Defendant for statutory damages pursuant to 47 U.S.C. § 227(b)(3) for each and every call Defendant made in violation of the TCPA.

d. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA


By: /s/ Jeffrey S. Hyslip
One of Plaintiff's Attorneys

Date: November 5, 2013

Jeffrey S. Hyslip, Esq.
917 W. 18th St., Suite 200
Chicago, IL 60608
312-380-6110
jeffrey@lifetimedebtsolutions.com