# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Bonnie Elswick<br><br>　　　Plaintiff,<br><br>v.<br><br>GC Services, LP<br><br>　　　Defendant. | Case No. 13-cv-7929<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　Lifetime Debt Solutions, LLC

　　　　　　　　　　　　　　　　By:　　/s/ Jeffrey S. Hyslip__
　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　917 W. 18th Street
　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　Chicago, IL  60608

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Jennifer W. Weller
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081

Counsel for:
GC Services, LP

/s/ Jeffrey Hyslip