UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Bonnie Elswick
                Plaintiff,

v.                                        Case No.: 1:13–cv–07929
                                              Honorable Matthew F. Kennelly

GC Services, LP
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 20, 2013:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the filing of a notice of voluntary dismissal, this case is dismissed with prejudice. The status hearing date of 1/13/2014 is vacated. Mailed notice.(pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.